NUMBER 13-00-664-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


IN THE MATTER OF V.D., A JUVENILE

____________________________________________________________________


On appeal from the County Court at Law No. 5 

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, IN THE MATTER OF V.D., A JUVENILE , perfected an appeal from a judgment entered by the County Court
at Law No. 5 of Nueces County, Texas, in cause number 99-JUV-15-A . After the clerk's record was filed, appellant filed a
motion to dismiss the appeal. In the motion, appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 16th day of August, 2001 .